# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

137547

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBORAH HUGHES,
        Plaintiff-Appellee,

v

                               SC: 137547
                               COA: 284895

AMR CORPORATION and INSURANCE
COMPANY OF THE STATE OF
PENNSYLVANIA,
        Defendants-Appellants.

                               WCAC: 07-000177

_____/

     On order of the Court, the application for leave to appeal the September 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     HATHAWAY, J., not participating.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009                                             _____

1215                                                         Clerk